CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY v. JOHN MARSHALL, JR., as *Administrator*, etc. No. 12,849. (69 Pac. 1127.) Error from Sedgwick district court. Opinion filed July 5, 1902. *In banc. Reversed.* M. A. Low, W. F. Evans, and Stanley, Vermilion & Evans, for plaintiff in error. Houston & Brooks, for defendant in error.

THE CITY OF PAOLA v. J. C. WILLIFORD. No. 13,068. (69 Pac. 331.) Appeal from Miami district court. Opinion filed July 5, 1902. Division one. *Affirmed.* F. V. Kander, and W. L. Joyce, for appellant. N. W. Wells, city attorney, for appellee.

THE ABBOTT-GAMBLE CONTRACTING COMPANY v. THE CITY OF KANSAS CITY, KAN., *et al.* No. 13,091. (69 Pac. 1125.) Error from Wyandotte court of common pleas. Opinion filed July 5, 1902. Division two. *Modified.* Harkless, O'Grady & Crysler, and Moore & Berger, for plaintiff in error. Hutchings & Keplinger, for defendants in error.

THE REDEMPTION AND INVESTMENT COMPANY v. WILLIAM R. WOOD. No. 12,047. (70 Pac. 1133.) Error from Sedgwick district court. Opinion filed October 11, 1902. *In banc. Dismissed.* James V. Daugherty, for plaintiff in error. Isaac P. Campbell, for defendant in error.

THE THIRD NATIONAL BANK OF SPRINGFIELD v. JOSEPH BLOSSER. No. 12,307. (70 Pac. 373.) Error from Republic district court. Opinion filed October 11, 1902. *In banc. Affirmed.* Caldwell & Wilmoth, for plaintiff in error, W. T. Dillon, for defendant in error.

NEOSHO VALLEY INVESTMENT COMPANY *et al.* v. PATTIE D. HULME *et al.* No. 12,372. (70 Pac. 1133,) Error from Labette District court. Opinion filed October 11, 1902. Division one. *Affirmed.* A. D. Neale, for plaintiffs in error. Nelson Case, for defendants in error.

CORA MYERS *et al.* v. T. F. RAGER, *as Executor, et al.* No. 12,631. (70 Pac. 1133.) Error from Neosho district court. Opinion filed October 11, 1902. *In banc. Affirmed.* David B. Crewson, H. P. Farrelly, and C. A. Cox, for plaintiffs in error. W. R. Cline, and J. Q. Stratton, for defendants in error.

CHANNING J. BROWN v. THE TOWNSHIP OF GARFIELD, FINNEY COUNTY. No. 12,658. (70 Pac. 1130.) Error from Finney district court. Opinion filed October 11, 1902. *In banc. Reversed.* Milton Brown, for plaintiff in error. H. F. Mason, for defendant in error.

H. D. JONES, *as Agent*, etc., v. EVEUS MOOTS *et al.* No. 12,659. (70 Pac. 1132.) Error from Haskell district court. Opinion filed October 11, 1902. *In banc. Affirmed.* Milton Brown, for plaintiff in error. G. L. Miller, for defendants in error.

J. H. MCKNIGHT v. BERTRAM HEATING AND PLUMBING COMPANY. No. 12,674. (70 Pac. 345.) Error from Sedgwick district court. Opinion filed October 11, 1902. *In banc. Affirmed.* Adams & Adams, for plaintiff in error. Amidon & Conly, for defendant in error.

A. A. STEVENS v. THE NEBRASKA LOAN AND TRUST COMPANY. No. 12,693. (70 Pac. 368.) Error from Decatur district court. Opinion filed October 11, 1902. *In banc. Affirmed.* Wilson & Langmade, for plaintiff in error. Tully Scott, for defendant in error.